# SCHEDULE A

**AUTHORITY FOR THE TAKING:**

The interests in land hereinafter described are taken under and in accordance with 40 U.S.C. §§ 3113 and 3114, which authorize the condemnation of land and the filing of a Declaration of Taking; the Act of Congress of June 17, 1902 (32 Stat. 388, 389-90), and acts amendatory thereof or supplementary thereto, which authorize the acquisition of land by condemnation for reclamation projects, and particularly section 10602 of the Omnibus Public Land Management Act of 2009, Pub. L. No. 111-11 (123 Stat. 991, 1379-82), which authorized the construction of the Navajo-Gallup Water Supply Project (NGWSP) as a major component of the Navajo Nation San Juan River Basin Water Rights Settlement in New Mexico, and specifically section 10602(c) (123 Stat. 991, 1380), which authorizes the acquisition of any land or interest in land that is necessary to construct, operate, and maintain the NGWSP.

Funding for the taking was authorized and appropriated by sections 10501 (123 Stat. 991, 1375) and 10609 (123 Stat. 991, 1395) of Pub. L. No. 111-11, and section 701 of the Claims Resolution Act of 2010, Pub. L. No. 111-291 (124 Stat. 3064, 3156).

The taking is exercised by the Regional Director of the Bureau of Reclamation, Interior Region 7 – Upper Colorado Basin pursuant to Delegation of Authority under the Declaration Act, 40 U.S.C. § 3114(a), for the Navajo-Gallup Water Supply Project. The Secretary of the Interior delegated her authority to acquire property by eminent domain under 40 U.S.C. §§ 3113-3114 to the Solicitor in the Department Manual, Part 209, Chapter 3.2.A(5)-(6). The Solicitor delegated that authority to the Commissioner of the Bureau of Reclamation by memorandum dated November 2, 2021 and it was re-delegated by the Commissioner to the Regional Director by memorandum dated November 4, 2021.