## SCHEDULE B

**PUBLIC PURPOSE**

The property interests acquired by the United States in this action are taken for the construction, operation, and maintenance of the Navajo-Gallup Water Supply Project (NGWSP), which is a major component of the Navajo Nation San Juan River Basin Water Rights Settlement in New Mexico. Once completed, the NGWSP will provide a reliable municipal, industrial, and domestic water supply from the San Juan River to the eastern section of the Navajo Nation, southwestern portion of the Jicarilla Apache Nation, and the City of Gallup, New Mexico, and for other such uses as may be authorized by Congress or Executive Order.