**SCHEDULE C**

**LEGAL DESCRIPTION**

Parcel No. NGP-16 (Fee)
A tract of land lying within Section 9, Township 16 North, Range 20 West, N.M.P.M., McKinley County, New Mexico, and more particularly described with New Mexico State Plane West Zone grid bearings and ground distances as follows:

    Commencing at the Northeast corner of the Northwest Quarter of Section 9; thence S00°34'43"W, along the center of section line of said Section 9, 861.66' to a point, thence N89°31'18"W, 593.18' to a point, thence S00°20'20"W, 78.99' to the point of beginning; thence S40°49'52"E, 313.05' to a point;
    thence S49°10'08"W, 273.77' to a point;
    thence N00°20'20"E, 415.87' to the point of beginning.
    Containing 0.9837 ac±.

Parcel No. NGP-16A (P) (Perpetual Easement)
A strip of land lying within the West Half of Section 9, Township 16 North, Range 20 West, N.M.P.M., McKinley County, New Mexico, more particularly described as follows:

    A strip of land being 80 feet wide, lying 40 feet each side of the following described centerline.

    Beginning at Reach 12.1 Station 121625+77.45, a point on the North/South Centerline of said Section 9 from which the Northeast corner of the Northwest Quarter of said Section 9 bears North 00°34'42" East a distance of 1854.57 feet; Thence, from the Point of Beginning, North 39°53'35" West a distance of 378.10 feet to Station 121629+55.55; Thence North 58°44'09" West a distance of 364.34 feet to Station 121633+19.89; Thence North 40°49'52" West a distance of 39.01 feet to Station 121633+58.60, the Point of Terminus, from which the Northwest corner of said Section 9 bears North 57°05'19" West a distance of 2450.96 feet.

    The sidelines of said strip shall be extended or shortened as necessary to boundary lines.
    Parcel No. NGP-16A (P) contains 1.42 acres, more or less.

Parcel No. NGP-16B (P) (Perpetual Easement)
A strip of land lying within the West Half of Section 9, Township 16 North, Range 20 West, N.M.P.M., McKinley County, New Mexico more particularly described as follows:

    A strip of land being 30 feet wide, lying 15 feet each side of the following described centerline.

    Commencing at a point on the Southwesterly line of said Parcel 2 as described and depicted in Schedule D, from which the Northwest Corner of said Section 9 bears North 55°07'25" West a distance of 2499.34 feet; Thence along the Southern Boundary Line of

said Parcel 2, South 49°11'14" East a distance of 268.60 feet to a Point on a Curvature, Station 14+15.46 and being the Real Point of Beginning; Thence 103.65 feet along a curve to the Left with a Radius of 150 feet, chord bearing North 07°11'47" West a distance of 101.60 feet to Station 15+19.11, the Access Road Point of Terminus, a point on the Southern Boundary line of Parcel No. NGP-16A (P) from which the North Quarter Corner of Said Section Bears North 15°16'57" East a distance of 1573.60 feet.

The sidelines of said strip shall be extended or shortened parallel to the adjacent centerline curve to the Southern boundary of Parcel No. NGP-16A (P) and to the South Boundary of Parcel 2.

Parcel No. NGP-16B (P) contains 0.07 acres, more or less.

Parcel No. NGP-16C (P) (Perpetual Easement)

A strip of land lying within the West Half of Section 9, Township 16 North, Range 20 West, N.M.P.M., McKinley County, New Mexico, more particularly described as follows:

A strip of land being 30 feet wide, lying 15 feet each side of the following described centerline.

Beginning at a point on the Northeasterly line of the Right-of-Way of New Mexico State Road 264, from which the Northwest corner of said Section 9 bears North 46°40'32" West a distance of 2855.94 feet; Thence, from the Access Road Point of Beginning, North 07°11'39" West a distance of 36.50 feet to Point of Curvature (PC) Station 10+36.50; Thence 89.17 feet along a curve to the Right with a Radius of 150 feet, chord bearing North 09°50"10" East a distance of 87.86 feet to Point of Tangency (PT) Station 11+25.67; Thence North 26°51'59" East a distance of 51.71 feet, to PC Station 11+77.38; Thence 70.46 feet along a curve to the Right with a Radius of 150 feet, chord bearing North 40°19'18" East a distance of 69.81 feet to PC Station 12+47.84; Thence 123.92 feet along a curve to the Left with a Radius of 290 feet, chord bearing North 41°32'06" East a distance of 122.98 feet to PC Station 13+71.76; Thence 43.70 feet, along a curve to the Left with a Radius of 150 feet, chord bearing North 20°56'47" Easta distance of 43.55 feet to Station 14+15.46, the Access Road Point of Terminus, a point on Southern boundary of Parcel 2 from which the North Quarter corner of said Section 9 bears North 13°16'57" East a distance of 1667.93 feet.

The sidelines of said strip shall be extended or shortened to terminate at the property line and to the Right-of-Way of New Mexico State Road 264.

Parcel No. NGP-16C (P) contains 0.29 acres, more or less.

Parcel No. NGP-16A (T) (Temporary Easement)

A strip of land lying within the West Half of Section 9, Township 16 North, Range 20 West, N.M.P.M., McKinley County, New Mexico, more particularly described as follows:

2

A strip of land being 150 feet wide, lying 75 feet each side from Station 121625+77.45 to 121628+90.21 of the centerline described in Parcel No. NGP-16A (P); Thence being 115 feet wide, lying 40 feet right and 75 feet left from Station 121628+90.21 to Station 121630+64.78; Thence being 150 feet wide, lying 75 feet each side from Station 121630+64.78 to Station 121633+58.90 of the centerline described in Parcel No. NGP-16A (P).

The sidelines of said strip shall be extended or shortened as necessary to boundary lines.

Less Parcel No NGP-16A (P) described above and any portion of Parcel No. NGP-16B (P) described below that lies within the boundary of described Parcel No. NGP-16A (T), Parcel No. NGP-16A (T) contains 1.06 acres, more or less.


Parcel No. NGP-16B (T) (Temporary Easement)
A strip of land lying within the West Half of Section 9, Township 16 North, Range 20 West, N.M.P.M., McKinley County, New Mexico, more particularly described as follows:

A strip of land being 60 feet wide, lying 30 feet each side from Station 14+15.46.36 to Station 14+66.36 of the centerline described in Parcel No. NGP-16B (P).

The sidelines of said strip shall be extended or shortened parallel to the adjacent centerline curve to the Southern boundary of Parcel No. NGP-16A (T) and to the South Boundary line of said Parcel 2.

Less any portion of Parcel No. NGP-16B (P) that lies in boundary of described Parcel NGP-16B (T), Parcel NGP-16B (T) contains 0.036 acres, more or less.

Parcel No. NGP-16C (T) (Temporary Easement)
A strip of land lying within the West Half of Section 9, Township 16 North, Range 20 West, N.M.P.M., McKinley County, New Mexico, more particularly described as follows:

A strip of land being 45 feet wide, lying 30 feet Left and 15 feet Right from Station 10+00.00 to Station 11+25.67 of the centerline described in Parcel No. NGP-16C (P); Thence being 60 feet wide, lying 30 feet each side from Station 11+25.67 to Station 14+15.46 of the centerline described in Parcel No. NGP-16C (P).

The sidelines of said strip shall be extended or shortened to terminate at the property line and to the Right-of-Way of New Mexico State Road 264.

Less any portion of Parcel No. NGP-16C (P) that lies in boundary of described Parcel NGP-16C (T), Parcel NGP-16C (T) contains 0.23 acres, more or less.