# SCHEDULE D
# MAPS AND PLATS

## DESCRIPTION OF NGP-16 (FEE)

A TRACT OF LAND LYING WITHIN SECTION 9, T16N, R20W, N.M.P.M., McKINLEY COUNTY NEW MEXICO, AND MORE PARTICULARLY DESCRIBED WITH NEW MEXICO STATE PLANE WEST ZONE GRID BEARINGS AND GROUND DISTANCES AS FOLLOWS:

COMMENCING AT THE NORTHEAST CORNER OF THE NORTHWEST QUARTER OF SECTION 9 ;THENCE S00°34'43"W, ALONG THE CENTER OF SECTION LINE OF SAID SECTION 9, 861.66' TO A POINT, THENCE N89°31'18"W, 593.18' TO A POINT, THENCE S00°20'20"W, 78.99' TO THE POINT OF BEGINNING;

THENCE S40°49'52"E, 313.05' TO A POINT;
THENCE S49°10'08"W, 273.77' TO A POINT;
THENCE N00°20'20"E, 415.87' TO THE POINT OF BEGINNING.

CONTAINING 0.9837 AC±.

SUBJECT TO EXISTING RIGHT-OF-WAYS AND EASEMENTS.

## DESCRIPTION OF PARCEL 2:

A TRACT OF LAND LYING WITHIN SECTION 9, T16N, R20W, N.M.P.M., McKINLEY COUNTY NEW MEXICO, AND MORE PARTICULARLY DESCRIBED WITH NEW MEXICO STATE PLANE WEST ZONE GRID BEARINGS AND GROUND DISTANCES AS FOLLOWS:

COMMENCING AT THE NORTHEAST CORNER OF THE NORTHWEST QUARTER OF SECTION 9 AND BEING THE POINT OF BEGINNING;
THENCE S00°34'43"W, ALONG THE CENTER OF SECTION LINE OF SAID SECTION 9, 861.66' TO THE POINT OF BEGINNING;

THENCE S00°34'42"W, ALONG SAID CENTER OF SECTION LINE, 1871.33' TO A POINT ON THE NORTHERLY RIGHT-OF-WAY LINE OF NM STATE ROAD 264;
THENCE N35°56'50"W, ALONG SAID NORTHERLY RIGHT-OF-WAY LINE, 412.71' TO A POINT;
THENCE N19°41'43"E, LEAVING SAID NORTHERLY RIGHT-OF-WAY LINE 540.22' TO A POINT;
THENCE N00°11'14"W, 91.69' TO A POINT;
THENCE N00°20'20"E, 91.69' TO A POINT;
THENCE N49°10'08"E, 273.77' TO A POINT;
THENCE N40°49'52"W, 313.05' TO A POINT;
THENCE N00°20'20"E, 78.99' TO A POINT;
THENCE S89°31'18"E, 593.18' TO THE POINT OF BEGINNING;

CONTAINING 13.1141 AC±.

SUBJECT TO EXISTING RIGHT-OF-WAYS AND EASEMENTS.

## CLAIM OF EXEMPTION

THIS PLAT HAS BEEN APPROVED FOR AN EXEMPTION FROM THE NEW MEXICO SUBDIVISION ACT AND THE McKINLEY COUNTY SUBDIVISION REGULATIONS. THE APPROPRIATE EXEMPTION No. 13, THE SALE, LEASE, OR OTHER CONVEYANCE OF A SINGLE PARCEL FROM A TRACT OF LAND, EXCEPT FROM A TRACT WITHIN A PREVIOUSLY APPROVED SUBDIVISION, WITHIN ANY FIVE (5) YEAR PERIOD, PROVIDED THAT A SECOND, OR SUBSEQUENT SALE, LEASE OR OTHER CONVEYANCE FROM THE SAME TRACT OF LAND WITHIN FIVE (5) YEARS OF THE FIRST SALE, LEASE, OR OTHER CONVEYANCE SHALL BE SUBJECT TO THE PROVISIONS OF THE NEW MEXICO SUBDIVISION ACT; PROVIDING FURTHER THAT A SURVEY SHALL BE FILED WITH THE COUNTY CLERK INDICATING THE FIVE (5) YEAR HOLDING PERIOD FOR BOTH THE ORIGINAL TRACT AND THE NEWLY CREATED TRACT.

## REFERENCE DOCUMENTS

1) FINAL RE-PLAT OF A 100.28 ACRE TRACT AND A 26.3 ACRE TRACT OF LAND, LOCATED WITHIN SECTION 9, T16N, R20W, N.M.P.M., McKINLEY COUNTY, NEW MEXICO, BY DePAULI ENGINEERING AND LAND SURVEYING LLC, DATED 10/25/2001. FILED IN THE OFFICE OF THE COUNTY CLERK OF McKINLEY COUNTY, NEW MEXICO, 10/27/2011, DOC #356079.

2) NEW MEXICO STATE HIGHWAY COMMISSION RIGHT OF WAY MAP, BUREAU OF INDIAN AFFAIRS PROJECT No. N3(59)2

3) BOUNDARY SURVEY OF A TRACT OF LAND IN THE WEST HALF OF SECTION 9, T16N, R20W, N.M.P.M., McKINLEY COUNTY, UNFILLED PLAT BY STERLING & MATAYA ENGINEERS-SURVEYORS, GALLUP, NEW MEXICO, DATED OCTOBER 28, 1988.

4) SURVEY FOR THRIFTYWAY, LYING IN THE SE 1/4 , NM 1/4 OF SECTION 9, T16N, R20W, N.M.P.M., McKINLEY COUNTY, NEW MEXICO, BY CHENEY, WALTERS, ECHOLS INC, FILLED IN THE OFFICE OF THE COUNTY CLERK OF McKINLEY COUNTY, DATED JULY 24, 1994, DOC #275690.

## NOTES:

1) OWNER: MASCI FAMILY LIMITED PARTNERSHIP
BK. 15 COMP PG. 8894 RECORDED: OCTOBER 25, 2000.

2) ADDRESS: McKINLEY COUNTY, NEW MEXICO

3) FIELD SURVEY PERFORMED: JUNE 25, 2018.

4) BEARING REFERENCED TO THE NEW MEXICO STATE PLANE WEST ZONE GRID (OBTAINED PER GPS OBSERVATIONS) DELTA ALPHA= -0°39'49".
DISTANCES ARE GROUND

6) IMPROVEMENTS ARE NOT SHOWN.

## KEY NOTES

① FOUND 3" BLM BRASS CAP - 1962

### LEGEND

| Symbol | Description |
|---|---|
| ○ | SET 1/2" REBAR w/ PS 13606 ALUMINUM CAP |
| ⊘ | FOUND 1/2" REBAR w/ PS13606 ALUMINUM CAP - BENT |
| ◆ | FOUND 1/2" REBAR &PS4329 CAP |
| □ | FOUND 1/2" REBAR - BENT |
| △ | FOUND 1/2" REBAR & PS6159 CAP - BENT |
| ▲ | FOUND WIRE FENCE CORNER, TIED PS13606 WASHER |
| ■ | FOUND NAIL |
| • | DIMENSION POINT ONLY |
| ( ) | RECORD DIMENSION |
| ⊢•⊣ | FOUND HIGHWAY T-RAIL |
| —OE— | OVERHEAD ELECTRIC |
| —X— | WIRE FENCE |



**BOUNDARY SURVEY AND LAND DIVISION**
SITUATED WITHIN SECTION 9, T16N, R20W, N.M.P.M.
McKINLEY COUNTY, NEW MEXICO.

**FINAL PLAT**

DePauli Engineering & Surveying LLC.
- Civil Engineers & Land Surveyors -
307 S. 4th Street Gallup New Mexico, 87301
Tel: (505) 863-5440 —— www.depauliengineering.com

Office of the Clerk - McKinley County, New Mexico Filing Information

Drawing No: AS-534B
Date: 01/14/2021
Drawn By: MSK
Checked By: KCS/MDP
Scale: 1"=100'
Sheet: 1 of: 1

(REVISED: 6/30/2022)

I, Marc A. Depauli, New Mexico Professional Surveyor No. 13606, do hereby certify that this Boundary Survey Plat and the actual survey on the ground upon which it is based were performed by me or under my direct supervision; that I am responsible for this survey; that this survey meets the Minimum Standards for Surveying in New Mexico.

Marc A. Depauli N.M.P.S. Lic. No. 13606    Date 6/30/2022

# EASEMENT SURVEY
## WEST HALF OF SECTION 9,
## T16N, R20W, N.M.P.M., McKINLEY COUNTY
## NEW MEXICO
### OWNER: MASCI FAMILY LIMITED PARTNERSHIP
### BK. 15 COMP., PG. 8894, 10/25/2000

**RECLAMATION**
Managing Water in the West

### Navajo Gallup Water Supply Project – Reach 12.1 – Parcel No. NGP-16 A(P) – Pipeline and Access Permanent Easement – Masci Family Limited Partnership

A strip of land lying within the West Half of Section 9, T16N, R20W, N.M.P.M., McKinley County, New Mexico more particularly described as follows:

A strip of land being 80 feet wide, lying 40 feet each side of the following described centerline.

Beginning at Reach 12.1 station 121625+77.45, a point on the North/South Centerline of said Section 09 from which the Northeast Corner of Northwest Quarter of said Section 09 bears North 00°34'42" East a distance of 1854.57 feet; Thence, from the Point of Beginning, North 39°53'35" West a distance of 378.10 feet to station 121629+55.55; Thence North 58°44'09" West a distance of 364.34 feet to station 121633+19.89; Thence North 40°49'52" West a distance of 39.01 feet to station 121633+58.90, the Point of Terminus, from which the Northwest corner of said Section 09 bears North 57°05'19" West a distance of 2450.96 feet.

The sidelines of said strip shall be extended or shortened as necessary to boundary lines.

Parcel No. NGP-16 A(P) contains 1.45 acres more or less.

### Navajo Gallup Water Supply Project – Reach 12.1 – Parcel No. NGP-16 A(T) – Pipeline Construction (Temporary) Easement – Masci Family Limited Partnership

A strip of land lying within the West Half of Section 9, T16N, R20W, N.M.P.M., McKinley County, New Mexico more particularly described as follows:

A strip of land being 150 feet wide, lying 75 feet each side from station 121625+77.45 to 121628+90.21 of the centerline described in Parcel No. NGP-16 A(P); Thence being 115 feet wide, lying 40 feet right and 75 feet left from station 121628+90.21 to station 121630+64.78; Thence being 150 feet wide, lying 75 feet each side from station 121630+64.78 to station 121633+58.90 of the centerline described in Parcel No. NGP-16 A(P).

The sidelines of said strip shall be extended or shortened as necessary to boundary lines.

Less Parcel No NGP-16 A(P) described above and any portion of Parcel No. NGP-16 B(P) described below that lies within the boundary of described Parcel No. NGP-16-A(T), Parcel No. NGP-16-A(T) contains 1.05 acres more or less.

### Navajo Gallup Water Supply Project – Reach 12.1 – Parcel No. NGP-16 B(P) – Tank Yard Access Road Permanent Easement – Masci Family Limited Partnership

A strip of land lying within the West Half of Section 9, T16N, R20W, N.M.P.M., McKinley County, New Mexico more particularly described as follows:

A strip of land being 30 feet wide, lying 15 feet each side of the following described centerline.

Commencing at a point on the Southwesterly line of said Parcel 2, from which the Northwest Corner of said Section 9 bears North 55°07'25" West a distance of 2499.34 feet; Thence along the Southern Boundary Line of said Parcel 2, South 49°11'14" East a distance of 268.60 feet to a Point on a Curvature, Station 14+15.46 and being the Real Point of Beginning; Thence 103.65 feet along a curve to the Left with a Radius of 150 feet, chord bearing North 07°11'47" West a distance of 101.60 feet to station 15+19.11, the Access Road Point of Terminus, a point on the Southern Boundary line of Parcel No. NGP-16 A(P) from which the North Quarter Corner of Said Section Bears North 15°16'57" East a distance of 1573.60 feet.

The sidelines of said strip shall be extended or shortened parallel to the adjacent centerline curve to the Southern boundary of Parcel No. NGP-16 A(P) and to the South Boundary line of said Parcel 2.

Parcel No. NGP-16 B(P) contains 0.07 acres more or less.

### Navajo Gallup Water Supply Project – Reach 12.1 – Parcel No. NGP-16 B(T) – Tank Yard Access Road Construction (Temporary) Easement – Masci Family Limited Partnership

A strip of land lying within the West Half of Section 9, T16N, R20W, N.M.P.M., McKinley County, New Mexico more particularly described as follows:

A strip of land being 60 feet wide, lying 30 feet each side from station 14+15.46 to station 14+66.36 of the centerline described in Parcel No. NGP-16 B(P).

The sidelines of said strip shall be extended or shortened parallel to the adjacent centerline curve to the Southern boundary of Parcel No. NGP-16 A(T) and to the South Boundary line of said Parcel 2.

Less any portion of Parcel No. NGP-16 B(P) that lies in boundary of described Parcel NGP-16 B(T), Parcel No. NGP-16 B(T) contains 0.27 acres more or less.

## NOTES

1. Bearings shown on this drawing are developed from the New Mexico State Plane West Zone Grid (NAD83) and are based on surveys of existing monuments.
2. Distances shown are ground (local). The Grid Factor from distances shown to New Mexico State Plan West Zone Grid (NAD83) is 0.9996993198
3. No monuments will be set.
4. Access Road will be constructed in Pipeline Easements from Reach 12.1 Station 121631+10.89 to Tank Yard.

### REFERENCE:
1. DePAULI ENGINEERING & SURVEYING, LLC – PARCEL 1 BOUNDARY SURVEY AND LAND DIVISION SITUATED WITHIN SECTION 9 T16N, R20W, N.M.P.M., McKINLEY COUNTY, NEW MEXICO. DATED: JULY 20, 2018.(DWG AS-534A)
2. DePAULI ENGINEERING & SURVEYING, LLC – PARCEL 2 BOUNDARY SURVEY AND LAND DIVISION SITUATED WITHIN SECTION 9 T16N, R20W, N.M.P.M., McKINLEY COUNTY, NEW MEXICO. DATED: JULY 20, 2018.(DWG AS-534B)

### Legend
- Point of Intersection
- ● Found 1/2" rebar w/ PS13606 Aluminum Cap
- ◆ Found 1/2" rebar w/ PS4329 Plastic Cap, w/ PS13606 washer
- ■ Found Nail
- □ Found 1/2" rebar
- Found Highway T-rail
- ▲ Found 6" Iron Fence Post, Tied PS13606 washer
- △ Found 1/2" rebar w/ PS6159 plastic cap – bent
- ✴ Found Section Corner as noted
- Found 1/4 Corner as noted
- ( ) Record Dimensions
- — · · — Temporary Easement line
- ———— Permanent Easement line

SCALE OF FEET (1"=100')

I, Marc A. DePauli, New Mexico Professional Surveyor No. 13606, do hereby certify that this Easement Survey Plat and the actual survey on the ground upon which it is based were performed by me or under my direct supervision; that I am responsible for this survey; that this survey meets the Minimum Standards for Surveying in New Mexico; and that it is true and correct to the best of my knowledge and belief. I further certify that this survey is not a Land Division or Subdivision as defined in the New Mexico Subdivision Act.

Marc A. DePauli N.M.P.S. Lic. No. 13606    6/28/2022

**ALWAYS THINK SAFETY**

U.S. DEPARTMENT OF THE INTERIOR
BUREAU OF RECLAMATION
NAVAJO-GALLUP WATER SUPPLY PROJECT
NEW MEXICO

**SAN JUAN LATERAL – REACH 12.1**
MASCI FAMILY LIMITED PARTNERSHIP PIPELINE, ACCESS ROAD, AND TANK SITE LAND PURCHASE AND EASEMENTS

DESIGNED: JAYE DECKER
DRAWN: W.H.FELLMAN / MSK
CHECKED: MIKE BRAMAN / KCS
TECH. APPR.
APPROVED
ADMIN APPROVAL
FARMINGTON, NM

**PERMANENT EASEMENTS NGP-16 A & B(P)**
**TEMPORARY EASEMENTS NGP-16 A & B(T)**

PROPERTY DRAWING

1695-529-60045
SHEET 1

PREPARED BY:
DePauli Engineering & Surveying LLC.
- Civil Engineers & Land Surveyors -
307 S. 4th Street Gallup New Mexico, 87301
Tel: (505) 863-5440 — www.depauliengineering.com

## Line Table

| Line # | Direction | Length |
|---|---|---|
| L1 | N7°11'39"W | 36.50' |
| L2 | N26°51'59"E | 51.71' |

## Curve Table

| Curve # | Length | Radius | Delta | Chord Bearing | Chord Length |
|---|---|---|---|---|---|
| C1 | 89.17' | 150.00' | 34°03'38" | N09°50'10"E | 87.86' |
| C2 | 70.46' | 150.00' | 26°54'32" | N40°19'18"E | 69.81' |
| C3 | 123.92' | 290.00' | 24°28'55" | N41°32'06"E | 122.98' |
| C4 | 43.70' | 150.00' | 16°41'38" | N20°56'47"E | 43.55' |

### Navajo Gallup Water Supply Project – Reach 12.1 – Parcel No. NGP-16 C(P) – Tank Yard Access Road Permanent Easement – Mary Masci Family Limited Partnership

A strip of land lying within the West Half of Section 9, T16N, R20W, N.M.P.M., McKinley County, New Mexico more particularly described as follows:

A strip of land being 30 feet wide, lying 15 feet each side of the following described centerline.

Beginning at a point on the Northeasterly line of the Right-of-Way of New Mexico State Road 264, from which the Northwest corner of said Section 09 bears North 46°40'32" West a distance of 2855.94 feet; Thence, from the Access Road Point of Beginning, North 07°11'39" West a distance of 36.50 feet to Point of Curvature (PC) Station 10+36.50; Thence 89.17 feet along a curve to the Right with a Radius of 150 feet, chord bearing North 09°50'10" East a distance of 87.86 feet to Point of Tangency (PT) Station 11+25.67; Thence North 26°51'59" East a distance of 51.71 feet, to PC Station 11+77.38; Thence 70.46 feet along a curve to the Right with a Radius of 150 feet, chord bearing North 40°19'18" East a distance of 69.81 feet to PC Station 12+47.84; Thence 123.92 feet along a curve to the Left with a Radius of 290 feet, chord bearing North 41°32'06" East a distance of 122.98 feet to PC Station 13+71.76; Thence 43.70 feet, along a curve to the Left with a Radius of 150 feet, chord bearing North 20°56'47" East a distance of 43.55 feet to Station 14+15.46, the Access Road Point of Terminus, a point on Southern boundary of Parcel 2 from which the Northeast Corner of Northwest Quarter of said Section 09 bears North 13°56'53" East a distance of 1667.93 feet.

The sidelines of said strip shall be extended or shortened to terminate at the property line and to the Right-of-Way of New Mexico State Road 264.

Parcel No. NGP-16 C(P) contains 0.29 acres more or less.

### Navajo Gallup Water Supply Project – Reach 12.1 – Parcel No. NGP-16 C(T) – Tank Yard Access Road Construction (Temporary) Easement – Mary Masci Family Limited Partnership

A strip of land lying within the West Half of Section 9, T16N, R20W, N.M.P.M., McKinley County, New Mexico more particularly described as follows:

A strip of land being 45 feet wide, lying 30 feet Left and 15 feet Right from station 10+00.00 to station 11+25.67 of the centerline described in Parcel No. NGP-16 C(P); Thence being 60 feet wide, lying 30 feet each side from station 11+25.67 to station 14+15.46 of the centerline described in Parcel No. NGP-16 C(P).

The sidelines of said strip shall be extended or shortened to terminate at the property line and to the Right-of-Way of New Mexico State Road 264.

Less any portion of Parcel No. NGP-16 C(P) that lies in boundary of described Parcel NGP-16 B(T). Parcel NGP-16 B(T) contains 0.27 acres more or less.

## EASEMENT SURVEY

WEST HALF OF SECTION 9,
T16N, R20W, N.M.P.M., McKINLEY COUNTY, NEW MEXICO
OWNER: MARY MASCI FAMILY LIMITED PARTNERSHIP
BK. 24 COMP., PG. 631, 01/28/2005

### NOTES

1. Bearings shown on this drawing are developed from the New Mexico State Plane West Zone Grid (NAD83) and are based on surveys of existing monuments.

2. Distances shown are ground (local). The Grid Factor from distances shown to New Mexico State Plan West Zone Grid (NAD83) is 0.9996993198.

3. No monuments will be set.

### REFERENCE PLATS

1. DePAULI ENGINEERING & SURVEYING, LLC – PARCEL 1 BOUNDARY SURVEY AND DIVISION SITUATED WITHIN SECTION 9 T16N, R20W, N.M.P.M., McKINLEY COUNTY, NEW MEXICO. DATED:JULY 20, 2018.(DWG AS-534A)

2. DePAULI ENGINEERING & SURVEYING, LLC – PARCEL 2 BOUNDARY SURVEY AND DIVISION SITUATED WITHIN SECTION 9 T16N, R20W, N.M.P.M., McKINLEY COUNTY, NEW MEXICO. DATED:JULY 20, 2018.(DWG AS-534B)

### Legend

- • Point of Intersection
- ■ Found Nail
- □ Found 1/2" rebar
- ▲ Found 6" Iron Fence Post, Tied PS13606 washer
- △ Found 1/2" rebar w/ PS6159 plastic cap – bent
- ✣ Found Section Corner as noted
- Found 1/4 Corner as noted
- ( ) Record Dimensions
- ––– Temporary Easement line
- ––– Permanent Easement line
- Found Highway T-rail

SCALE OF FEET (1"=50')

PREPARED BY:
DePauli Engineering & Surveying LLC.
- Civil Engineers & Land Surveyors -
307 S. 4th Street Gallup New Mexico, 87301
Tel: (505) 863-5440 ---- www.depauliengineering.com

I, Marc A. DePauli, New Mexico Professional Surveyor No. 13606, do hereby certify that this Easement Survey Plat and the actual survey on the ground upon which it is based were performed by me or under my direct supervision; that I am responsible for this survey; that this survey meets the Minimum Standards for Surveying in New Mexico; and that it is true and correct to the best of my knowledge and belief. I further certify that this survey is not a Land Division or Subdivision as defined in the New Mexico Subdivision Act.

Marc A. DePauli N.M.P.S. Lic. No. 13606    6/28/2022

RECLAMATION
Managing Water in the West

ALWAYS THINK SAFETY

U.S. DEPARTMENT OF THE INTERIOR
BUREAU OF RECLAMATION
NAVAJO-GALLUP WATER SUPPLY PROJECT
NEW MEXICO

SAN JUAN LATERAL – REACH 12.1
MARY MASCI FAMILY LIMITED PARTNERSHIP,
ACCESS ROAD EASEMENT

JAYE DECKER – DESIGNED
W.H.FELLMAN / MSK – DRAWN
MIKE BRAMAN / KCS – CHECKED

FARMINGTON, NM

PERMANENT EASEMENT
NGP-16 C(P)
TEMPORARY EASEMENT
NGP-16 C(T)

EASEMENT DRAWING

1695-529-60335
SHEET 1