**SCHEDULE F**

**ESTIMATE OF JUST COMPENSATION**

The estimated just compensation for the interest being taken is SEVENTEEN THOUSAND FIVE HUNDRED DOLLARS AND 00/100 ($17,500.00), which will be deposited in the Registry of the Court for the use and benefit of the persons entitled thereto.