# SCHEDULE G

The following table identifies all persons who have or claim an interest in the property condemned and whose names are now known, indicating, where available, the nature of each person's property interest(s) as indicated by references in the public records and any other information available to the United States. *See* Fed. R. Civ. P. 71.1(c). Information regarding the nature of each party's interest in a property is provided as an effort to assist the parties and the Court in apportioning just compensation.

**NAMES AND ADDRESSES OF INTERESTED PARTIES:**

| | |
|---|---|
| Mary Masci Family Limited Partnership<br>816 Laguna Circle<br>Gallup, NM 87301 | Purported owner of fee estate named in Warranty Deed dated January 26, 2005 recorded at Book 24 page 637 in the records of McKinley County, New Mexico.<br><br>The United States believes this entity does not exist, and that the parties intended to name the Masci Family Limited Partnership as the Grantee in the Warranty Deed dated January 26, 2005 recorded at Book 24 page 637 in the records of McKinley County, New Mexico.<br><br>(Project Parcel No. NGP-16C(P)(T); Tax Parcel No. 2-118-095-313-306) |
| Masci Family Limited Partnership<br>816 Laguna Circle<br>Gallup, NM 87301 | Owner of fee estate pursuant to Warranty Deed dated December 31, 1999 recorded at Book 15 Page 8894 in the records of McKinley County, New Mexico.<br><br>The United States believes this entity is the true owner of the property described in Warranty Deed dated January 26, 2005 recorded at Book 24 page 637 in the records of McKinley County, New Mexico.<br><br>(Project Parcel Nos. NGP-16(Fee), NGP-16A(P)(T), NGP-16B(P)(T), NGP-16C(P)(T); Tax Parcel No. 2-118-095-290-270) |
| Mary Masci Revocable Trust<br>C/O John David Masci, Successor-Trustee;<br>P.O. Box 167<br>Gamerco, NM 87313<br><br>And | General Partner and Limited Partner of the Masci Family Limited Partnership<br><br>(Project Parcel Nos. NGP-16(Fee), NGP-16A(P)(T), NGP-16B(P)(T), NGP-16C(P)(T); Tax Parcel No. 2-118-095-290-270) |

| | |
|---|---|
| C/O Venus Anne Masci, Successor-Trustee<br>636 Calle Aragon<br>Taos, NM 87571 | |
| John David Masci Revocable Trust<br>C/O John David Masci, Trustee<br>P.O. Box 167<br>Gamerco, NM 87313 | Limited Partner of the Masci Family Limited Partnership<br><br>(Project Parcel Nos. NGP-16(Fee), NGP-16A(P)(T), NGP-16B(P)(T), NGP-16C(P)(T); Tax Parcel No. 2-118-095-290-270)<br><br>Claims ½ interest in Tax Parcels No. 2-118-095-313-306 and. 2-118-095-290-270 |
| Venus Anne Masci, as an individual<br>636 Calle Aragon<br>Taos, NM 87571 | Limited Partner of the Masci Family Limited Partnership<br><br>(Project Parcel Nos. NGP-16(Fee), NGP-16A(P)(T), NGP-16B(P)(T), NGP-16C(P)(T); Tax Parcel No. 2-118-095-290-270)<br><br>Claims ½ interest in Tax Parcels No. 2-118-095-313-306 and. 2-118-095-290-270 |
| Venus Ann Masci<br>636 Calle Aragon<br>Taos, NM 87571 | Purported Limited Partner of the Masci Family Limited Partnership and purported successor trustee to the Mary Masci Revocable Trust.<br><br>The United States believes this individual does not exist, and that the parties intended to name Venus Anne Masci as (1) Limited Partner in the Ninth Amended Certificate of Limited Partnership; and (2) Successor Trustee in the Restated Revocable Trust Agreement (the trust instrument creating the Mary Masci Revocable Trust)<br><br>(Project Parcel Nos. NGP-16(Fee), NGP-16A(P)(T), NGP-16B(P)(T), NGP-16C(P)(T); Tax Parcel No. 2-118-095-290-270)<br><br>Tax Parcels No. 2-118-095-313-306 and. 2-118-095-290-270 |
| Spartin Investments, LLC d/b/a United Development Corp.<br>Attn: Mark Nicholson<br>920 E. Historic Highway 66 | Assignee of 35-year Lease between Thriftway Marketing Corporation and Mary Masci, dated September 24, 1988 recorded at Book |

| | |
|---|---|
| Gallup, NM 87301 | 12, Pages 1625-1654 in the records of McKinley County, New Mexico.<br><br>(Parcel No. NGP-16C(P)(T)) |
| Unknown Parties<br>Address Unknown | |
| Charles Long, McKinley County Treasurer<br>207 W. Hill Ave. Ste. 101<br>Gallup, NM 87301 | Taxing Authority<br><br>(Project Parcel Nos. NGP-16(Fee), NGP-16A(P)(T), NGP-16B(P)(T), NGP-16C(P)(T); Tax Parcel Nos. 2-118-095-313-306, 2-118-095-290-270) |