IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL NO. 1:22-cv-00798 |
| v. ) | |
| ) | |
| 4.0897 ACRES OF LAND, MORE OR ) | |
| LESS, SITUATE IN MCKINLEY ) | |
| COUNTY, STATE OF NEW MEXICO; ) | |
| MASCI FAMILY LIMITED ) | |
| PARTNERSHIP, *et al.* ) | PARCEL NOS. NGP-16 (FEE), NGP-16A (P) |
| ) | NGP-16B (P), NGP-16C (P), NGP-16A (T), |
| Defendants. ) | NGP-16B (T), AND NGP-16C (T) |

**DISCLAIMER OF INTEREST**

Defendant Charles Long, McKinley County Treasurer ("County"), hereby disclaims any and all right, title, claim, or interest in the property acquired by Plaintiff United States of America in this condemnation action, as described in the Complaint and Declaration of Taking.

The County further disclaims any right, title, claim, or interest in the compensation paid or to be paid in this case, and asks the Court to be dismissed from this action. The County understands and acknowledges that it has no right or obligation to participate in further proceedings in this case, after the filing of this Disclaimer, and that no damages, costs, litigation expenses, attorney's fees or interest will be assessed in favor of or against the County.

For these reasons, the County also authorizes this Court to dismiss it as a Defendant in this case.

Date:_____                                   **Charles Long, McKinely County Treasurer**

                                                                                  _____
                                                                                  Charles Long
                                                                                  McKinley County Treasurer
                                                                                  207 W. Hill
                                                                                  Gallup, New Mexico 87301

Respectfully Submitted this 6th Day of March, 2023

                                                                                  _____
                                                                                  Douglas W. Decker,
                                                                                  Attorney for McKinley County
                                                                                  P.O. Box 70
                                                                                  Gallup, New Mexico 87305
                                                                                  505-722-3868
                                                                                  doug.decker@co.mckinley.nm.us

                                                                                  *Attorney for Defendant McKinley County Treasurer*